Decided September 9, 1999

STATE OF CONNECTICUT *v.* HERIBERTO LOPEZ

The defendant's petition for certification for appeal from the Appellate Court, 54 Conn. App. 168 (AC 14042), is granted, limited to the following issue:

"Whether the Appellate Court properly affirmed the trial court's finding that the alleged third party confession was not sufficiently trustworthy to have been admitted into evidence?"

The Supreme Court docket number is SC 16183.

*Lauren Weisfeld,* assistant public defender, in support of the petition.

*Ronald G. Weller,* assistant state's attorney, in opposition.

Decided September 9, 1999